■ ANN MELNICK, Respondent-Appellant, v JACOB MELNICK, Appellant-Respondent.—Order, Supreme Court, New York County (Kenneth Shorter, J.), entered on March 13, 1987, unanimously affirmed, without costs and without disbursements, and defendant's motion to enlarge the record on appeal, to include the papers which form part of the motion herein being renewed, denied. No opinion. Concur—Sandler, J. P., Carro, Milonas and Rosenberger, JJ.

■ DUGGAL LABORATORIES, INC., Appellant-Respondent, v 11 WEST 20TH STREET ASSOCIATES, Respondent-Appellant.—Findings of fact and decretal paragraphs 1, 2, 3, 6, and 7 of the order and judgment (one paper) of the Supreme Court, New York County (Bruce Wright, J.), entered on June 2, 1987, unanimously affirmed, and the cross appeal from said order and judgment (one paper) unanimously dismissed as academic; the order of said court entered on August 11, 1987, unanimously affirmed; and the order of said court entered on June 27, 1986, unanimously dismissed as academic, all without costs and without disbursements. No opinion. Concur—Sandler, J. P., Ross, Kassal and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD SOTO, Appellant.—Judgment, Supreme Court, New York County (Eve Preminger, J.), rendered on October 23, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Asch, J. P., Rosenberger, Ellerin and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v C. JAMES LOMBARDI, JR.—Coram nobis applications and other relief denied as indicated. (See, People v De La Hoz, 131 AD2d 154.) Concur—Murphy, P. J., Kupferman, Sandler, Sullivan and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v LESTER BELL. —Coram nobis application and other relief denied, as indicated. (See, People v De La Hoz, 131 AD2d 154.) Concur— Murphy, P. J., Sullivan, Carro and Asch, JJ.